UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
UNITED STATES OF AMERICA,            :      22cr___ (DLC)
                                     :
          -v-                        :      ORDER
                                     :
RUDEAN WEIR,                         :      22 CRIM 695
                                     :
                    Defendant.       :
                                     :
-------------------------------------X

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the defendant is scheduled to waive indictment and enter a change of plea on **December 15, 2022 at 11:30 AM** in Courtroom 18B, 500 Pearl Street.

SO ORDERED:

Dated:    New York, New York
          December 14, 2022

                              _____
                                      DENISE COTE
                              United States District Judge