```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :    22cr695 (DLC)
                                         :
             -v-                         :    ORDER
                                         :
RUDEAN WEIR,                             :
                                         :
                    Defendant.           :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

Having received the Government's letter of February 22, 2023, it is hereby

ORDERED that the sentencing in this matter scheduled for March 23 is adjourned to **March 30, 2023 at 2:00 PM** in Courtroom 18B, 500 Pearl Street.

IT IS FURTHER ORDERED that defense submissions regarding sentencing are now due **March 17,** and the Government's submissions are due **March 24.**

SO ORDERED:

Dated:    New York, New York
          February 22, 2023

                                          _____
                                              DENISE COTE
                                         United States District Judge