```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :    22cr695 (DLC)
                                          :
              -v-                         :    ORDER
                                          :
RUDEAN WEIR,                              :
                                          :
                   Defendant.             :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

Having received the petition of Investa Services, LLC for Christiana Trst. Custodian for GSRAN-Z ("Petitioner") for an ancillary hearing pursuant to 21 U.S.C. § 853(n), it is hereby

ORDERED that the Government shall file any reply by September 27, 2023.

Dated:   New York, New York
         September 7, 2023

                                      _____
                                           DENISE COTE
                                      United States District Judge