UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA
:
    -v.-  :  CORRECTED STIPULATION
            :  AND ORDER
RUDEAN WEIR,
            :  22 Cr. 695 (DLC)
    Defendant.
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        WHEREAS, on or about December 15, 2022, RUDEAN WEIR, (the "Defendant"), was charged in a one-count Information, 22 Cr. 695 (DLC)(the "Information") with conspiracy to commit wire fraud, in violation of Title 18, United States, Section 1349 (Count One);

        WHEREAS, on or about August 26, 2022, Magistrate Judge Cave, Southern District of New York, issued a seizure warrant authorizing the Government to seize any and all funds on deposit in Bank of America savings account 3340 6926 3630 and checking account 3340 6926 3580, held in the name of Toyea L. Casey ("Casey") as proceeds traceable to the offense charged in Count One (the "Seizure Warrant");

        WHEREAS, on or about September 7, 2023, the Court entered a Stipulation and Order (the "Stipulation") wherein the Government agreed to return, *inter alia*, the following asset to Casey:

    a. $916.22 in United States currency formerly on deposit in Bank of America Checking Account 3340 6926 3580 held in the name of Toyea L. Casey (the "Checking Account").

        WHEREAS, the Stipulation and Order incorrectly listed the amount seized from the Checking Account as $916.22 in United States currency instead of the correct amount seized

1

from the Checking Account, specifically, $918.46 in United States currency (the "Corrected Amount"); and

WHEREAS, the Stipulation is to be corrected only as to the amount seized from the Checking Account, and the Stipulation should in all other respects remain unchanged and fully incorporated herein;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. Upon entry of this Corrected Stipulation and Order, the United States Marshals Service ("USMS") (or its designee) shall return the Corrected Amount to Casey in a manner consistent with the USMS Vendor Request Form to be completed by Casey.

2. The Court shall retain jurisdiction to enforce this Corrected Stipulation and Order, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

SO ORDERED:

_____
HONORABLE DENISE L. COTE
UNITED STATES DISTRICT JUDGE

October 2, 2023
DATE

2