```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :      22cr695 (DLC)
                                         :
            -v-                          :      ORDER
                                         :
RUDEAN WEIR,                             :
                                         :
                  Defendant.             :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

The defendant was sentenced on March 30, 2023 principally to a term of imprisonment of 30 months. An Order of Forfeiture had been entered on December 15, 2022 and was made part of the sentence.

On March 27, 2024, the defendant, who is incarcerated, wrote to the Court to complain that 2 of the forfeited properties had been sold at a loss. Forfeiture proceedings are being conducted by AUSA Matthew Weinberg of the United States Attorney's Office for the Southern District of New York and the defendant is hereby

ORDERED to direct his concerns about forfeiture to AUSA Matthew Weinberg.

Dated:   New York, New York
         April 4, 2024

                                         _____
                                              DENISE COTE
                                         United States District Judge