```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
 UNITED STATES OF AMERICA               :
                                        :     22-CR-695-1 (DLC)
                                        :
            -v-                         :          ORDER
                                        :
 RUDEAN WEIR,                           :
                                        :
                      Defendant.        :
                                        X
----------------------------------------
```

DENISE COTE, District Judge:

On April 29, 2024, the defendant filed a consolidated motion for modification of the sentence of imprisonment and the order of forfeiture. Accordingly, it is hereby

ORDERED that the Government will be advised whether a response to that portion of the motion addressed to the term of imprisonment is required.

IT IS FURTHER ORDERED that the Government shall file by **June 3, 2024** its response to the request for modification of the order of forfeiture.

IT IS FURTHER ORDERED that the defendant shall file any reply by **July 12, 2024.**

IT IS FURTHER ORDERED that the Clerk of Court is directed to mail a copy of this Order to the defendant at his designated institution and note service on the docket.

SO ORDERED:

Dated:   New York, New York
         May 2, 2024

_____
DENISE COTE
United States District Judge