UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
          UNITED STATES OF AMERICA      :   **FINAL ORDER OF FORFEITURE**

                    -v.-                         :   22 Cr. 695 (DLC)

          RUDEAN WEIR,
                  Defendant.

------------------------------------- X

        WHEREAS, on or about December 15, 2022, this Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 32), which ordered the forfeiture to the United States of all right, title and interest of RUDEAN WEIR (the "Defendant") in, among other things, the following property:

    a. $28,528.95 in United States currency formerly on deposit om Bank of America account 4830 8739 0004, held in the name of "Ingress Employment Solutions";

    b. $5,040.34 in United States currency formerly on deposit in Bank of America account 4830 7862 0301, held in the name of "Rudean D. Weir";

    c. 6064 Riveroak Terrace, Atlanta, GA 30349, more particularly described as Lot 222, Parcel Number 13 -0127- LL-327-9 in the records of Fulton County, and in the full legal description attached hereto as Exhibit 'A' (the "Riveroak Property");

    d. 3129 Meadowstone Lane SW, Atlanta, GA 30331, more particularly described as Lot 21, Parcel Number 14 0227 LL1411 in the records of Fulton County, and in the full legal description attached hereto as Exhibit 'A' (the "Meadowstone Property"); and

    e. 4293 Parkview Court, Stone Mountain, GA 30083, more particularly described as Parcel ID 18 122 12 009 in the records of Dekalb County, and in the full legal description attached hereto as Exhibit 'A' (the "Parkview Property");

(a. through e., collectively, the "Subject Property");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Subject Property, and the requirement that any person asserting a legal interest in the Subject Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Subject Property and as a substitute for published notice as to those persons so notified;

WHEREAS, on or about September 6, 2023, Investa Services, LLC for Christiana Trst, Custodian for GSRAN-Z ("Investa") filed a petition asserting an interest in certain property listed in the Preliminary Order of Forfeiture, including Riveroak Property and the Meadowstone Property (the "Investa Petition Property") (D.E. 62);

WHEREAS, on or about October 2, 2023, the Court entered a Stipulation and Order resolving Investa's interest in the Investa Petition Property (D.E. 73);

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Subject Property before the United States can have clear title to the Subject Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Subject Property was posted on an official government internet site (www.forfeiture.gov) beginning on January 24, 2023, for thirty (30) consecutive days, through February 22, 2023, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims

and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on September 19, 2023 (D.E. 68);

WHEREAS, on or about August 7, 2023, notice of the Preliminary Order of Forfeiture was sent by certified mail, return receipt requested, to:

    a. Fulton County GA, Clerk, Superior Court, 136 Pryor Street, SW, Atlanta GA 30303;

    b. Fulton County GA, Tax Commissioner, 141 Pryor Street, Atlanta, GA 30303;

    c. Guild Mortgage Company, LLC, 5887 Copley Drive, San Diego, CA 92111;

    d. Investa Services, LLC for Chrtiana Trst, Custodian for GSRAN-Z, 1266 West Paces Ferry Road #517, Atlanta, GA 30327;

    e. MERS, Inc., PO Box 2026, Flint, MI 48501;

    f. Onyebuchi Anuforo, South Fulton, Georgia 30349;

    g. Pine Tree Condominium Association, Inc., 125 Townpark Dr. Suite 300, Kennesaw, GA 30144;

    h. Rushard Weir, Stone Mountain, GA 30083;

    i. Solar Mosaics LLC, 601 12th Street, Ste 325, Oakland, CA 94607;

(the "Noticed Parties").

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no other petitions or claims to contest the forfeiture of the Subject Property have been filed;

WHEREAS, the Defendant, Onyebuchi Anuforo, Rushard Weir, and the Noticed Parties are the only persons and/or entities known by the Government to have a potential interest the Subject Property;

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Subject Property, including but not limited to the interest of Onyebuchi Anuforo and Rushard Weir, is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Subject Property.

3. The United States Marshals Service (or its designee) shall take possession of the Subject Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
       May 22, 2024

SO ORDERED:

_____
HONORABLE DENISE L. COTE
UNITED STATES DISTRICT JUDGE

4

EXHIBIT A

6064 Riveroak Terrace, Atlanta, GA 30349
Legal Description:
All that tract or parcel of land lying and being in Land Lot 98 of the 13th District, Fulton County, Georgia, being Lot 222, Magnolia Walk Subdivision, Phase III-D, as per plat recorded in Plat Book 230, Pages 46-48, Fulton County, Georgia Records. Which plat is by reference incorporated herein and made a part hereof;


3129 Meadowstone Lane SW, Atlanta, GA 30331
Legal Description:
All that tract or parcel of land lying and being in Land Lot 227 of the 14th District, Fulton County, Georgia, being Lot 21, Stoney Pointe Subdivision, as per plat recorded in Plat Book 308, Pages 19-22, Fulton County, Georgia, which plat is incorporated herein and made a part hereof. Subject to all easements and restrictions of record.


4293 Parkview Court, Stone Mountain, GA 30083
Legal Description:
All that certain condominium unit in Land Lots 121 and 122 of the 18th District of Dekalb County, Georgia, and being identified and depicted as Condominium Unit H, Building 6 on that certain site plan for the Orchard Park Condominium, Phase One, Unit One, recorded in Condominium Plat Book 6, Page 15, Dekalb County Records, together with all right, title and interest of grantor in the unit and the appurtenances thereto under that certain declaration of the Orchard Park Condominium, Phase One, Unit One, as recorded in Deed Book 5272 Page 156, Dekalb County Records, said declaration including all exhibits thereto and amendments thereto ereinafter referred to as declarations; the interest herein conveyed includes without limiting the generality of the foregoing, the undivided percentage interest in the common elements of the Orchard Park Condominium, Phase One, Unit One, appurtenant to the unit as the same is specified in the declarations subject to any right of way deeds or easements of record.

5