AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

United States of America
v.

RUDEAN WEIR

)
)
)
)
)
)
)
)
)
)

Case No:  22-CR-00695-01 (DLC)

USM No:  09037-510

Date of Original Judgment:                 03/31/2023
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Peter Quijano                           AUSA Matthew Weinberg

*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10
and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑DENIED.     ☐GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in
the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated      03/31/2023      shall remain in effect.
**IT IS SO ORDERED.**

Order Date:      7/16/24

Effective Date: _____
*(if different from order date)*

_____
*Judge's signature*

Denise Cote, U.S. District Judge
*Printed name and title*