```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
    UNITED STATES OF AMERICA              :
                                          :        22-CR-695-1 (DLC)
                                          :
              -v-                         :           ORDER
                                          :
    RUDEAN WEIR,                          :
                                          :
                          Defendant.      :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

On February 23, 2026, this Court received a motion from defendant Rudean Weir for the return of his passport. It is hereby

ORDERED that the Government shall respond to the defendant's motion by April 24, 2026.

IT IS FURTHER ORDERED that the Clerk of Court is directed to mail a copy of this Order to the defendant and note service on the docket.

SO ORDERED:

Dated:     New York, New York
           April 3, 2026

_____
DENISE COTE
United States District Judge