UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

UNITED STATES OF AMERICA           :

                                    :        22-CR-695-1 (DLC)

                                    :
            -v-                     :        ORDER

                                    :
RUDEAN WEIR,                        :

                                    :
                    Defendant.      :

                                    :
------------------------------------------X

DENISE COTE, District Judge:

On February 23, 2026, this Court received a motion from defendant Rudean Weir for the return of his passport.  The Government informed the Court by letter dated April 15, 2026 that it does not object to the defendant' motion.  It is hereby

ORDERED that the motion is granted.  The Government shall work with Pretrial to return the denfenant's passport as soon as can be accomplished.

IT IS FURTHER ORDERED that the Clerk of Court is directed to mail a copy of this Order to the defendant and note service on the docket.

SO ORDERED:

Dated:    New York, New York
          April 17, 2026

_____
          DENISE COTE
     United States District Judge